HON. MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELE D. LYDE, | |
| Plaintiff, | No. CV 11-01526-JLR-MAT |
| v. | ORDER RE CONTINUANCE |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

THIS MATTER having come on regularly before the Court upon the foregoing Unopposed Motion of the Plaintiff; the Court having considered the Motion and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

That the provisions of the foregoing motion are approved in their entirety and the new scheduling order hereby entered as the Order of the Court, is as follows:

| CASE EVENTS | DUE DATE |
|---|---|
| Plaintiff's Opening Brief | April 17, 2012 |
| Defendant's Response Brief | May 15, 2012 |
| Plaintiff's Reply Brief | May 29, 2012 |

**ORDER RE CONTINUANCE - 1**

LAW OFFICES OF
REED, LONGYEAR,
MALNATI & AHRENS, PLLC
1415 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1522
(206) 624-6271

**Plaintiff should note that no additional extensions will be granted for the Opening Brief absent extraordinary circumstances.**

DONE IN OPEN COURT this <u>14th</u> day of March, 2012.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

REED LONGYEAR MALNATI & AHRENS PLLC

By: <u>/s/ Julie R. Sommer</u>
   Julie R. Sommer, WSBA # 33703
   Attorneys for Plaintiff

**ORDER RE CONTINUANCE - 2**

LAW OFFICES OF
REED, LONGYEAR,
MALNATI & AHRENS, PLLC
1415 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1522
(206) 624-6271